IN THE SUPREME COURT OF THE STATE OF NEVADA

RH KIDS, LLC,
                    Appellant,
        vs.
NATIONSTAR MORTGAGE, LLC,
                    Respondent.

No. 82907

**FILED**

NOV 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nadia Krall, District Judge
       Persi J. Mishel, Settlement Judge
       Hong & Hong
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

21 - 31500